UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 

| | | |
|---|---|---|
| SIMON ISAKOV, *on behalf of himself and all others similarly situated*, | : | |
| | : | |
| Plaintiff, | : | 24-CV-9484 (JMF) |
| | : | |
| -v- | : | <u>ORDER</u> |
| | : | |
| GONG CHA TEA, LLC, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

  SO ORDERED.

Dated: December 16, 2024
   New York, New York

                      _____
                         JESSE M. FURMAN
                        United States District Judge