UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON ISAKOV,

            Plaintiff,

-against-

GONG CHA TEA, LLC,

           Defendant.

24-CV-9484 (JMF) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff Simon Isakov filed this action against Defendant Gong Cha Tea, LLC on December 12, 2024. (*See* ECF 1.) Plaintiff timely served Defendant with the Summons and Complaint in this action on January 16, 2025; service was made on the Secretary of State. (*See* ECF 8.) Defendant was required to respond to the Complaint by February 6, 2025. (*See id.*) To date, Defendant has not responded to the Complaint. The time for Defendant to respond to the Complaint is extended nunc pro tunc until March 6, 2025.

    Plaintiff is directed to serve by February 10, 2025, a copy of this order on Defendant. Such service shall be made by registered mail to Defendant's principal place of business, identified in the Complaint as 425 N. Broadway, Suite 287, Jericho, New York 11753, and by any email addresses used by Defendant and known to Plaintiff. Plaintiff is directed to file confirmation of such mailings on the docket by February 10, 2025.

DATED:    February 7, 2025
               New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge