**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| SIMON ISAKOV, on behalf of himself and all others similarly situated, | : | Case no. 1:24-cv-9484-JMF |
| | : | |
| Plaintiffs, | : | |
| | : | <u>JUDGEMENT</u> |
| v. | : | |
| | : | |
| Gong Cha Tea, LLC | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    This action having been commenced on December 12, 2024, by the filing of a Complaint and Summons, and a copy of the Complaint and Summons having been properly served on Defendant on January 16, 2025, and proof of service having been filed on January 30, 2025, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED, AND DECREED:**

A. Defendant violated Plaintiffs' rights under 1) Title III of the Americans with Disabilities Act, 42 U.S.C. 12181, et Seq., ("ADA"), 2) New York State Human Rights Law pursuant to N.Y. Exec. Law Article 15 ("NYSHRL"), 3) New York State Civil Rights Law, NY CLS Civ R, Article 4 (CLS Civ R §40 et seq.) (the "NYCRL"), and 4) New York Human Rights Law, N.Y.C. Administrative Code §8-102, et seq.

B. Defendant is to bring its website, www.gongchausa.com, into compliance and make the same readily accessible to, and usable by, visually-impaired individuals, on or before June 23, 2025.

7

C. ~~Defendant is enjoined from making its website, www.gongchausa.com, available to the public until the Defendant brings the Website into compliance and make the same readily accessible to, and usable by, blind and visually impaired individuals;~~

D. Defendant is enjoined from circumventing this Judgment by creating new URL's to host its online business;

E. Defendant is to pay Plaintiffs ~~$1,500.00 in compensatory damages, as permitted by law representing~~ $1,000 in compensatory damages under the NYSHRL and NYCHRL ~~and $500 in statutory damages under the NYSCRL~~; issuing an injunction pursuant to the ADA, ordering Defendant Gong Cha Tea, LLC to provide access to the website in Compliance with the ADA and the WCAG 2.1; and requiring Defendant to submit to Plaintiff's Counsel within sixty (60) days.

The Clerk of Court is directed to close the case.

Dated: ~~Brooklyn,~~ New York

May 21, 2025

_____
UNITED STATES DISTRICT JUDGE